FILED

SEP 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED; et al., <br><br> Plaintiffs - Respondents, <br><br> v. <br><br> CITY OF LOS ANGELES; et al., <br><br> Defendants - Petitioners. | No. 24-5000 <br><br> D.C. No. 2:21-cv-06003-DOC-KES <br> Central District of California, Los Angeles <br><br> ORDER |

Before: CHRISTEN and BRESS, Circuit Judges.

The petition for permission to appeal is granted. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).